UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ARTHUR GILES,

    Plaintiff,

v.                                                     Case No: 6:23-cv-1192-JSS-EJK

RELEVANT MEDIA GROUP, INC.,

    Defendant.
_____/

**ORDER**

Plaintiff moves to strike Defendant's objection (Dkt. 20) to the Report and Recommendation entered by Magistrate Judge Kidd (Dkt. 18) on Plaintiff's Motion for Default Judgment (Dkt. 15). (Motion, Dkt. 21.) Plaintiff argues that Defendant's objection is an unauthorized *pro se* filing of Defendant, a corporate entity. (Dkt. 21.) Upon consideration, the court agrees and Defendant's objection (Dkt. 20) is stricken.

"The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se,* and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citation omitted); *see also LaTele Television, C.A. v. Telemundo Commc'ns Grp., LLC*, 9 F.4th 1349, 1357 (11th Cir. 2021) ("Moreover, "[i]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.") (quoting *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993)). Defendant, as a corporate entity, may therefore appear in this court only

through an attorney. As filed on the docket, Defendant's objection to Judge Kidd's Report and Recommendation appears to be an email to Judge Kidd from Mr. Cameron Strang, identified as "the CEO and founder" of Defendant, addressing several factual issues in this matter and Plaintiff's potential damages. (Dkt. 20.) There is no indication that Mr. Strang is an attorney, or that he is appearing in this matter as counsel for Defendant, a corporate entity.

Accordingly:

1. Plaintiff's Motion to Strike *Pro Se* Objection to Report and Recommendation (Dkt. 21) is **GRANTED**.

2. Defendant's objection to Judge Kidd's Report and Recommendation (Dkt. 20) is **STRICKEN**.

3. Defendant is granted 20 days to retain counsel and to properly appear in this matter. *See Palazzo*, 764 F.2d at 1386 ("The record is clear that the court below was more than accommodating in urging proper representation of the corporate claims."). After that time, the court will take the Report and Recommendation (Dkt. 18) and Plaintiff's Motion for Default Judgment (Dkt. 15) under consideration.

**ORDERED** in Orlando, Florida, on March 28, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party:
    Relevant Media Group, Inc. d/b/a Relevant Magazine
    c/o Cameron Strang
    3720 Lake Sarah Drive, Suite B
    Orlando, FL 32804